IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50303
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN JOSE PEREZ-GONZALEZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-00-CR-9-1
- - - - - - - - - -
February 13, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Juan Jose Perez-Gonzalez appeals the sentence from his guilty-plea conviction for illegal reentry into the United States following deportation. He argues that the district court erred in failing to grant a more extensive downward departure from the Sentencing Guidelines. The record does not indicate that the district court believed that it lacked the authority to grant such a departure. We therefore lack jurisdiction to consider this issue. See United States v. Yanez-Huerta, 207 F.3d 746, 748

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir.), <u>cert. denied</u>, 121 S. Ct. 432 (2000); <u>see also</u> <u>United States v. Alvarez</u>, 51 F.3d 36, 39 (5th Cir. 1995).

Perez-Gonzalez also raises three issues for the first time in his appellate reply brief. We do not consider issues raised in such a manner. <u>See</u> <u>United States v. Prince</u>, 868 F.2d 1379, 1386 (5th Cir. 1989).

Accordingly, the district court's judgment is AFFIRMED.